1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9  IO GROUP INC,
10          Plaintiff,                    No. C 03-05285 JSW
11  v.
12  TIMOTHY J. WARD,                      **JUDGMENT**
13          Defendant.
                                    /
14
15          It is hereby ORDERED AND ADJUDGED that default judgment is entered and the action is
16  dismissed with prejudice.  The Clerk is directed to enter judgment in favor of Plaintiff and against
17  Defendant in the amount of $418,500.
18
19          **IT IS SO ORDERED.**
20  Dated:  September 1, 2004              /s/ Jeffrey S. White
21                                        JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California